**07 CV 3687**

*Judge Hellerstein*

36-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)



RECEIVED
MAY 09 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EUROTANKERS INC. and DYNASTIC
MARITIME INCORPORATED,

                    Plaintiffs,

  - against –

AL-DAWOOD SHIPPING LINES LTD.,

                    Defendant.
-----------------------------------------------------------------x

07 CV

**RULE 7.1 STATEMENT**

Plaintiffs EUROTANKERS INC. and DYNASTIC MARITIME INCORPORATED by and through their attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that they are private (nongovernmental) parties, that have no corporate parents and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
       May 8, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiffs
                                    EUROTANKERS INC. and DYNASTIC
                                    MARITIME INCORPORATED

                      By: _____
                                    Gina M. Venezia (GV 1551)
                                    Pamela L. Schultz (PS 0335)
                                    80 Pine Street
                                    New York, NY 10005
                                    (212) 425-1900
                                    (212) 425-1901 fax

NYDOCS1/276568.1