GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

AUG 3 0 2007

August 29, 2007

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/07

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

Our ref: 36-07/GMV/PLS

So ordered.

**BY HAND**
Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street – Room 910
New York, NY 10007

8/30/07
Part I Judge
**LAURA TAYLOR SWAIN U.S.D.J.**

RE:     Eurotankers Inc. and Dynastic Maritime Incorporated v.
        Al-Dawood Shipping Lines Ltd.
        07 CV 3687 (AKH)
-------------------------------------------------------------------------

Dear Judge Hellerstein:

        We represent the plaintiff in the captioned matter and write to request an additional 60 days to serve the defendant with a copy of the Summons and Verified Complaint. This is our first request for such relief.

        By way of background, Plaintiff initiated this action as an ancillary matter to London arbitral proceedings that it had commenced, seeking security for its maritime claims in the London arbitration via an attachment of the defendant's property in this District pursuant to Rule B. The requested Rule B attachment was granted, but the plaintiff has not yet been successful in restraining any assets of the defendant but efforts to do so are continuing. If we were to notify that defendant of these proceedings now, before any property is restrained, it would defeat the purpose for which the attachment was sought and this Court's Order issued.

NYDOCS1/289298.1

We therefore respectfully request that we be granted an extension of time to serve the defendant with the Complaint for a period of 60 days, up to and including, November 5, 2007. We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of the attachment is not required to be given to the defendant until after its property has been restrained.

We thank the Court for its attention to this matter.

Very truly yours,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz