GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

**LAW OFFICES OF**
# FREEHILL HOGAN & MAHAR LLP
**80 PINE STREET**
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377



September 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07

Our ref: 36-07/GMV/PLS

So ordered
9-12-07
[signature]

**BY HAND**
Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street – Room 910
New York, NY 10007

RE: Eurotankers Inc. and Dynastic Maritime Incorporated v.
Al-Dawood Shipping Lines Ltd.
07 CV 3687 (AKH)
------------------------------------------------------------------------

Dear Judge Hellerstein:

    We represent the plaintiff in the captioned matter and write to request that the Court issue an Amended Order, thereby permitting an additional two garnishee banks to be served with the Process of Maritime Attachment and Garnishment. This is our first request for such relief.

    By way of background, Plaintiff initiated this action as an ancillary matter to London arbitral proceedings that it had commenced, seeking security for its maritime claims in the London arbitration via an attachment of the defendant's property in this District pursuant to Rule B. The requested Rule B attachment was granted, but the plaintiff has not yet been successful in restraining any assets of the defendant but efforts to do so are continuing. We just learned that the defendant utilizes two banks of which were not aware when we filed the attachment – United Bank for Africa and Intercontinental Bank. We are optimistic funds may be attached if the scope of the attachment is expanded to reach these banks.

NYDOCS1/290106.1

For this reason, we write to request that the Court enter another Order permitting supplemental process to be issued adding these two banks to the Process. We attach the Court's Original Order and our Supplemental Process for the Court's reference.

We thank the Court for its attention to this matter.

Very truly yours,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz