USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
EUROTANKERS INC. and DYNASTIC
MARITIME INCORPORATED,

         Plaintiff,

 -against-

AL-DAWOOD SHIPPING LINES LTS.,

         Defendant.
------------------------------------------------------------- x

**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

07 Civ. 3687 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  WHEREAS on May 10, 2007, Plaintiffs Eurotankers Inc. and Dynastic Maritime Incorporated filed a Verified Complaint herein for damages amounting to $2,498,073.12, inclusive of interest, costs, and attorneys' and arbitrators' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

  WHEREAS the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the Southern District of New York; and

  WHEREAS the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions set forth in Supplemental Admiralty Rule B appear to exist; and

  WHEREAS the Supporting Affidavit lists the efforts made by and on behalf of the Plaintiff to find and serve the Defendant within the district; it is hereby

  ORDERED that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by, or being held for the Defendant by any garnishees within this District, pursuant to Supplemental Admiralty Rule B; and it is further

ORDERED that Pamela L. Schultz, Gina M. Venezia, Manuel A. Molina, Robert Ridenour, Joan Sorrentino, Christina Gargano, or any other partner, associate, paralegal or other agent of Freehill Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any interrogatories, upon any garnishee named in the Process who may hold assets of, for, or on behalf of the Defendant; and it is further

ORDERED that any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to an adversary hearing within three court days, subject to this Court's modification; and it is further

ORDERED that supplemental process enforcing this Court's order may be issued by the Clerk upon application within 30 days without further order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be accomplished by email, facsimile transmission, or other verifiable electronic means, provided that such supplemental service accords with the garnishee's written rules or policies regarding service. Such supplemental service shall be deemed to be made within the District if a natural person within the District caused the service to be transmitted to a garnishee having an office within the District; and it is further

ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide; and it is further

ORDERED that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment; and it is further

ORDERED that if any of the Defendant's property is attached, the Plaintiff shall give prompt notice to the Defendant of the attachment. Such notice shall be in writing, and may be given by telex, telegram, cable, fax, or other verifiable electronic means.

Dated: May 11, 2007
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY
DEPUTY CLERK

36-07/GMV/PLS

## SUPPLEMENTAL PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, Southern District of New York on the 9th day of May, 2007, and styled:

EUROTANKERS INC. and
DYNASTIC MARITIME INCORPORATED,

     Plaintiffs,       07 CV 3687 (AKH)

-against-

AL-DAWOOD SHIPPING LINES LTD.,

     Defendant.

in a certain action for amounts due Plaintiffs from Defendant in connection with claims for breach of a maritime contract, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of **US $2,498,073.12** and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve its Answer(s) within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all assets, cash, funds, escrow funds, credits, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-

NYDOCS1/289987.1

charter hire, or any other assets of, belonging to, due or for the benefit of Defendant including but not limited to such assets as may be held, received or transferred in its name, or for its benefit at, moving through, or within the possession, custody or control of banking institutions including but not limited to: ABN Amro, Atlantic Bank of New York, American Express Bank, Bank of America, Bank of India, BNP Paribas, Citibank, Deutsche Bank, HSBC, HSBC USA Bank NA, Intercontinental Bank, JPMorgan Chase Bank, Standard Chartered Bank, The Bank of New York, United Bank for Africa, Wachovia Bank, and/or other garnishee(s) upon whom a copy of the Process of Maritime Attachment and Garnishment issued in this action may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable _____ United States District Judge of said Court, this _12_ day of May, 2007, and of our Independence the two hundred and thirty-first.

                                                Clerk

                                    By:_____
                                          Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.